## LAW OFFICES OF JIMMY M. SANTOS, PLLC

*Civil*

Jimmy M. Santos, Esq.
Phone (845) 537-7820
Email: jmssesq@gmail.com
www.nycivilrightslaw.com

> Application granted. Plaintiff is granted leave to file an amended complaint no later than August 28, 2025. The time for Defendants to answer or otherwise file a pre-motion letter in accordance with the Court's Individual Practices is extended to September 12, 2025. Accordingly, the July 24, 2025 Letter Motions (Doc. 9, Doc. 11, Doc. 12) are denied without prejudice to renew.
>
> The Clerk of Court is respectfully directed to terminate the letter motions pending at Doc. 9, Doc. 11, Doc. 12, Doc. 13, and Doc. 14.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> July 30, 2025

**VIA ECF**

Hon. Phillip M. Halpern
Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

Re:   *Giangrande v. Dutchess County, et al*
Civil Action No. 25-CV-05080-PMH

Dear US District Judge Halpern:

I represent the Plaintiffs in the above matter. On behalf of Plaintiff, I am requesting that the Court allow Plaintiff leave to serve/ file an amended complaint for the reasons below.[1]

The reason I make this request is that, effective August 15th, I will be suspended from the practice of law for one (1) year. With respect to my not responding to the letters counsel sent prior to the pre-motions letters served/ filed on July 24th, I failed to respond due mainly to issues dealing with my mother's passing on March 13th and concerning her estate.

---

[1] Although I asked defense counsel as to whether they consented to this request, as I write this, none have responded to me.

Thank you for your consideration in this matter.

Respectfully Submitted,

/S/ _Jimmy M. Santos_____
Jimmy M. Santos, Esq. (JS-0947)


cc:    All Counsel of Record

Joseph Giangrande (via email)